## BLACK et al. v. FIRST NAT. BANK OF GRANDFIELD.

No. 10379—Opinion Filed Nov. 28, 1922.

(Syllabus.)

### Appeal and Error—Failure to File Brief—Affirmance.

Where plaintiff in error fails to serve and file brief as prescribed by rule 7 of this court (47 Okla. vi, 165 Pac. vii), no excuse being offered therefor. the judgment of the trial court will be affirmed.

Error from District Court, Tillman County; Frank Mathews, Judge.

Action between G. G. Black and J. E. Hines and the First National Bank of Grandfield. From the judgment, the former bring error. Affirmed.

Mounts, Davis & Williams, for plaintiffs in error.

Wilson & Roe, for defendant in error.

McNEILL, J. This cause was submitted upon the 13th day of June, 1922, and on said date the plaintiffs in error were granted 30 days in which to file brief, defendant in error 30 days thereafter to file answer brief. No briefs have been filed by plaintiffs in error, and no excuse is offered for failure to file the same.

This court. in the case of Sequoyah Club v. Ward, County Treasurer, 71 Oklahoma, 174 Pac. 747, announced the rule as follows:

"Where plaintiff in error fails to serve and file brief as prescribed by rule 7 of this court (47 Okla. vi, 165 Pac. vii), no excuse being offered therefor, the judgment of the trial court should be affirmed."

Under the rule announced in the above case, the judgment is affirmed.

KANE JOHNSON, MILLER, KENNAMER, and NICHOLSON, JJ., concur.